JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
8  Office of the General Counsel
   Social Security Administration
9  6401 Security Boulevard
10 Baltimore, MD 21235
   Telephone: (510) 970-4861
11 Email: Jennifer.Tarn@ssa.gov
12
13 Attorneys for Defendant

14                UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA
16                       EASTERN DIVISION

17 ERNEST SEE,                    ) Case No.: 5:23-cv-01824-AGR
                                  )
18                                ) [PROPOSED] JUDGMENT
19        Plaintiff,               )
                                  )
20        v.                       )
                                  )
21 KILOLO KIJAKAZI, Acting         )
   Commissioner of Social Security,)
22                                )
23        Defendant.               )
                                  )

1 | The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: November 3, 2023

*Alicia G. Rosenberg*
HONORABLE JUDGE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE